


# MEMO

Date: August 1, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ /:.: 9 :.:. ★

To: The Honorable John Gleeson
U.S. District Court Judge

Re: Hugh Bovich Jr.    BROOKLYN OFFICE
Docket No.:05 CR-682-01
Probationer 6/8/2006 - 6/7/2009
**RECOMMEND DISCONTINUATION OF OVERNIGHT PAGING**

The above noted offender is currently in violation status of his probation supervision and a violation report is en-route to Your Honor. In the interim, we are recommending removing the probationer from our paging system from 11:00 p.m. until 7:00 a.m., due to his non-compliance, which has generated pages to the electronic monitoring (EM) officers at all hours, including late evening and early morning. However, we will still be alerted via e-mail of any schedule deviations, and will continue to note any further infractions of the electronic monitoring condition for the Court.

This course of action will obviously alleviate some of the discomfort that the probationer has inflicted on the EM officers with his non-compliance, however we submit this matter to your Honor for a final determination which can be indicated on the following page.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
David T. Williams
Supervising U.S. Probation Officer
Electronic Monitoring Unit

**APPROVE OF DISCONTINUATION OF OVERNIGHT PAGES**

s/John Gleeson    8-3-06
_____
U.S. District Court Judge

**CONTINUE OVERNIGHT PAGES**

_____
U.S. District Court Judge

OTHER: _____

_____

_____

dtw Brooklyn, August 1, 2006