PROB 12C
(7/93)

# United States District Court
## for the
## Eastern District of New York



Sr. USPO Carter

RECEIVED
AUG - 2 2006
CHAMBERS

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **BOVICH, Hugh**  Case Number: **05-CR-682-01**

Name of Sentencing Judicial Officer: **Honorable John Gleeson, U.S. District Judge**.

Date of Original Sentence: **June 8, 2006**

Original Offense: **Theft from an Agency Receiving Federal Funds, 18 U.S.C. 666 (a)(1)(A), a Class C Felony**

Original Sentence: **three (3) years probation; six (6) months home detention; participate in mental health treatment; and $20,103.61 restitution.**

Type of Supervision: **Probation**   Date Supervision Commenced: **June 8, 2006**

Assistant U.S. Attorney: **Debra Newman, Esq.**   Defense Attorney: **John McGrath, Esq.**

========================================================================

## PETITIONING THE COURT

☐   To issue a warrant.

☒   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**
1.                            The offender violated the following special condition of supervision: *"[ the offender] shall serve six (6) months home detention, which may include electronic monitoring at the discretion of the Probation Department and the offender shall reimburse the Probation Department for the costs of this service at the prevailing rate."*

U.S. Probation Officer Recommendation:

☐ The term of supervision should be
    ☐ Revoked
    ☐ Extended for _____ years, for a total term of _____ years.

☒ The conditions of supervision should be modified as follows:
The defendant shall participate in an outpatient and/or inpatient drug/alcohol treatment or detoxification program approved by the Probation Department. The defendant shall pay the costs of such treatment/detoxification to the degree he is reasonably able, and shall cooperate in securing any applicable third party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

_____
Gregory Carter
Senior U.S. Probation Officer
Date: August 1, 2006

Approved by:

_____
Andrew S. Bobbe
Sr. Deputy Chief U.S. Probation Officer
Date: August 1, 2006

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
☒ The Issuance of a Summons.
☐ Other

s/John Gleeson
_____
Signature of Judicial Officer

8-3-06
_____
Date